UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALISTAIR GOODMAN, NICHOLAS, GOODMAN AND JAMES FENNER, EXECUTOR OF THE ESTATE OF MARILYN B. FENNER,<br>    Plaintiffs | : : : : : : | NO.: 3:01CV1609 (GLG) |
| v. | : : | |
| TOWN OF FARMINGTON BOARD OF EDUCATION,<br>    Defendant | : : : | MARCH 12, 2004 |

## **APPEARANCE**

Please enter the appearance of Alexandria L. Voccio as attorney for the defendant, **TOWN OF FARMINGTON BOARD OF EDUCATION**, in addition to the appearances already on file by this firm.

>                    DEFENDANT,
>                    TOWN OF FARMINGTON BOARD
>                    OF EDUCATION
>
>
>                    By/s/Alexandria L. Voccio
>                       Alexandria L. Voccio, ct21792
>                       Howd & Ludorf
>                       65 Wethersfield Avenue
>                       Hartford, CT  06114
>                       (860) 249-1361
>                       (860) 249-7665 (Fax)
>                       E-mail: avoccio@hl-law.com

## **CERTIFICATION**

  This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 12th day of March, 2004.

David B. Beizer, Esquire
Beizer & Weintraub
345 North Main Street
West Hartford, CT 06117

Louis B. Blumenfeld, Esquire
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, CT  06106-5109

              <u>/s/Alexandria L. Voccio</u>
              Alexandria L. Voccio