# Sun Life Assurance Company of Canada

## Group Enrollment Form

**Group Policy #**

| Company Name | Employee's Full Legal Name (Last, First, M.I.) | Date of Birth | Social Security No. |
|---|---|---|---|
| | FENNER, MARILYN B. | 6/24/37 | 005-34-80?? |

| Gender | Marital Status | Date of Employment/Rehire | Occupation (Title) | Current Active Employment Type | Basic Monthly Earnings |
|---|---|---|---|---|---|
| ☐ M  ☒ F | MARRIED | 1992 | | Full Time ☒   Part Time ☐ | $ |

You must elect or refuse insurance coverage below **within 31 days of your date of eligibility** by placing a check mark in the appropriate box. All of the insurance coverage listed below may not be available to you; check with your employer.

### Your employer will tell you which benefits are available:

| Coverage | Elect | Refuse |
|---|---|---|
| Basic Life coverage | ☒ I Elect | ☐ I Refuse |
| AD&D coverage | ☐ I Elect | ☒ I Refuse |
| Dependent Life coverage | ☐ I Elect | ☐ I Refuse |
| Short Term Disability coverage | ☐ I Elect | ☐ I Refuse |
| Long Term Disability coverage | ☐ I Elect | ☐ I Refuse |

**Optional Life coverage**

If available, use the *Sun Life Optional Life Enrollment Form* to elect or refuse Optional Life coverage. This form is also used to designate beneficiaries for Optional Life coverage.

See your employer for details.

**Beneficiary designation for Life Insurance ONLY** — See instructions on cover page. On the lines directly below, list the individual(s) that you want to receive proceeds in the event of your death. You may specify as many individuals as you would like, but the total proceeds must equal 100%. This is your primary beneficiary. Attach additional pages if necessary.

| Primary Beneficiary(ies): (Last, First, M.I.) | Relationship to employee | Percent share of proceeds (must equal 100%) |
|---|---|---|
| Alistair N R Goodman | Son | 50 % |
| Nicholas A S Goodman | Son | 50 % |
| | | % |
| | | % =100% |

On these lines directly below, list the individual(s) who should receive proceeds ONLY if ALL of the individuals listed above are not living at the time of your death. This is your secondary or contingent beneficiary. They are not paid if anyone listed above is alive when you die. Attach additional pages if needed.

| Secondary Beneficiary(ies): (Last, First, M.I.) | Relationship to employee | Percent share of proceeds (must equal 100%) |
|---|---|---|
| | | % |
| | | % |
| | | % |
| | | % =100% |

**NOTE:** Medical Evidence of Insurability will be required for any employee who applies for coverage more than 31 days past his/her eligibility date and later requests to be covered. Medical Evidence of Insurability is obtained at the employee's expense.

**FRAUD WARNING:** Please read the fraud warning on the reverse side of this form.

By signing below, you are verifying that the information you have provided is true and correct, and that you have read and understand the fraud warning on the reverse side.

_Marilyn B Fenner_ — Employee Signature

_Aug. 31, 1999_ — Today's Date

**You must sign and date this form to become covered.**

GR 18/645

White Copy: Employer keeps with employee records
Yellow Copy: Employee keeps

3/98   SLPC 3830

**Please read the fraud warning below before signing the Enrollment Form.**

**State law requires that we notify you of the following:**

**FRAUD WARNING:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**FRAUD WARNING - FOR RESIDENTS OF COLORADO:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**FRAUD WARNING - FOR RESIDENTS OF FLORIDA:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**FRAUD WARNING - FOR RESIDENTS OF MARYLAND:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime as determined by a court of competent jurisdiction.

**FRAUD WARNING - FOR RESIDENTS OF NEW JERSEY:** Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**FRAUD WARNING - FOR RESIDENTS OF VIRGINIA:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement may have violated state law.