# WEST DISTRICT SCHOOL

West District Road • Unionville, CT 06085 • Telephone 860-673-2579





February 29, 2000

Marilyn Fenner, Ed.D.
Principal

Dear West District Parents,

It is with mixed feelings that I relate this message to you today. However, I met with the faculty this morning to announce that this will be my last year as Principal of West District School. I also wanted you to know about it before the news becomes public through the search process.

This year is my 26th year in education. I have thoroughly enjoyed my career and although it has consisted of many different educational positions, none has been more gratifying or fulfilling as the principalship at West District. It was my goal to develop a true Learning Community in terms of harnessing teacher collaboration along with parent support and collaboration to achieve the very high standards we now hold for all students. Personally, I have grown more professionally during the past eight years in Farmington than in any other position in my career. I made the decision to come to Farmington because I wanted to end my career in a district that was committed to the latest school improvement initiatives. I wanted to be in a district where "cutting edge" practice was the norm and desirable. It has been a great learning experience for me and together, with the staff, we took an already successful and wonderful school and made it a truly exceptional one. I thank you all for your solid support through these eight years.

It is my intention to finish out the year as a fully involved principal. I, along with the Administration, am most grateful to Mr. Ryan for all the assistance he has given us over these past few months, and to the host of talented and committed people here at school who have made certain that everything has run smoothly in my absence. Betty Gregerick and Peggy Haskell are especially appreciated for all they have done to keep the school running smoothly.

The children, families and staff of this school will always be very special to me and I feel truly privileged to have been your principal. I shall miss being here next year tremendously.

Sincerely,

Marilyn Fenner