# FARMINGTON PUBLIC SCHOOLS

From: *Robert M. Villanova, Superintendent of Schools*

To:   *Board of Education Members*                    *CONFIDENTIAL*

**WEEKEND UPDATE MEMORANDUM**          *March 3, 2000*

**West District School** – Dr. Fenner and I did meet with the West District faculty on Tuesday morning. Dr. Fenner informed the faculty of her June 30, 2000, retirement and her intent to continue as principal from now through the end of the year. Dr. Fenner also sent a letter to parents (enclosed) with similar information.

Diane Ullman has already started all of the recruiting activities including two advertisements in Education Week (copy enclosed). Diane and I will address the search process and timeline at the March 13 BOE meeting. We will convene a meeting with the West District faculty, a meeting with parents, and form a Principal Selection Advisory Committee, etc. over the next six weeks. Even in this competitive market, I anticipate a strong pool of applicants for this attractive school leadership opportunity.

**CMT Report Follow-Up** – In anticipation of BOE questions and for our own internal data analysis purposes we prepared additional CMT charts. I have included them for your information. Diane Ullman and I will be happy to respond to questions regarding these charts.

**March 13 BOE Meeting** – Roberta Kurlantzick will be attending a professional development session out of state on March 13, and Nancy and I would like to have her at the BOE meeting held at the Union School. To accomplish this, and to be sure there is sufficient space and light for the planned architect's presentation, the March 13 BOE meeting will be moved to the FHS Library. The March 27 BOE meeting will then be held at Union School.

**Transportation** – As part of our ongoing planned vehicle maintenance and replacement program, we have recently solicited and received bids to replace the vehicle that I am authorized to drive. The vehicle is five years old and approaching 50,000 miles. For repair and trade-in value purposes, this is the time to replace it. Parson's Chevrolet submitted the low bid, and therefore, will be the dealer with whom we work.

                                        Bob


Also enclosed – State Board of Education Report, February 2