CLASSIFICATION: Superintendent's Report        Item: V-B-3/13/00

TITLE:    West District Principal Selection Process and Timeline

Activities related to the recruitment and the eventual appointment of a principal for West District School are now underway. Dr. Marilyn Fenner's retirement is effective on June 30, 2000. Dr. Ullman is coordinating and organizing the set of administrative procedures outlined below.

The selection and appointment process begins with the development of a recruitment plan. West District School parents will be invited to a meeting to review and discuss the school leadership characteristics they believe should be a priority in the selection of the next West District School principal. West District faculty will also have a similar opportunity.

A West District School Principal Selection Advisory Committee will be formed in March. Dr. Ullman will chair the committee, which will include Board members, parents, West District teachers, and an elementary and secondary administrator. The advisory committee develops recommendations for consideration by the Superintendent. The Superintendent will then present a recommendation to the Board in late May.

West District School presents an exceptionally attractive and challenging school leadership opportunity. Given the strong faculty, deep parent support and involvement, and the school and school district's reputation, I anticipate a strong field of applicants.

### West District School Principal Recruitment and Appointment Timeline

- Develop recruitment plan and vacancy announcement         March 1-10
- Application period                                         March 1-April 1
- Meet with faculty for input on characteristics             March 21
- Meet with parents for input on characteristics             March 22
- Candidate screening and initial interviews by              April 1–April 21
  Selection Advisory Committee
- District Leadership Committee interviews                   April 21–April 28
- Superintendent interviews and site visit                   April 28–May 12
- Board of Education considers Superintendent's              Late May
  recommendation