# FARMINGTON
# PUBLIC SCHOOLS

Farmington, CT 06032
Tel. 860-673-8265
Fax 860-675-7134

June 13, 2000

Dr. Marilyn Fenner
106 Taine Mountain Rd.
Burlington, CT 06013

Dear Dr. Fenner,

Congratulations on your upcoming retirement from Farmington Public Schools. I have received the 2000-2001 insurance rates from CIGNA. These rates will take effect on July 1, 2000. Your insurance with CIGNA will continue unless I receive written notification of cancellation. The monthly premium of this insurance will be:

**2 Person Coverage**

| | |
|---|---|
| Indemnity Medical | $659.66 |
| Dental | 98.73 |
| Subtotal | $758.39 |
| Less: TRB Contribution | -220.00 |
| Total Monthly Premium | $538.39 |

Starting in July, you will make premium payments for your insurance. These payments may be made monthly, quarterly, semi-annually or annually beginning in July. Please make the check payable to the <u>Farmington Health Insurance Fund</u> and forward it to Katie Robidoux in the Business Office. We do not send out bills. However, you will be notified in June of any rate increases for the following year.

Please let me know as soon as possible if you will be discontinuing your medical insurance. If you have any questions, please call me at 673-8265.

Thank you


Amy Barret
Personnel Supervisor