# TEACHERS' RETIREMENT BOARD
21 Grand Street Hartford, CT 06106

## APPLICATION FOR A DISABILITY ALLOWANCE
### SUPERVISOR, PRINCIPAL OR PEER STATEMENT

Date: 6/22/00

From: MARILYN B. FENNER - 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 - FARMINGTON SCHOOLS
(Print your name)   TRB or SS #   Employer

To: Dr. ROBERT VILLANOVA
(Print Name of Supervisor, Principal or Peer)

I am applying to the Connecticut Teachers' Retirement Board for Disability. I authorize you to submit statement to Connecticut Teachers' Retirement Board. This statement should include background information. For example: days missed from school, difficulties I have had at work, additional assistance required, etc.

*Marilyn B. Fenner*
Member's Signature

## STATEMENT FROM SUPVERVISOR, PRINCIPAL OR PEER

It is my understanding that Dr. Marilyn Fenner intends to apply for TRB disability benefits. Due to various medical treatments and procedures she was absent for 19 days during this school year. For two 3-month periods I arranged additional administrative support to West District School. Dr. Fenner submitted her intent to retire letter in April 2000 and will retire from her position as West District School Principal on June 30, 2000.

Signature and relationship (supervisor, principal or peer)   6/26/00   Date

TO: SUPERVISOR, PRINCIPAL OR PEER
PLEASE COMPLETE THIS FORM AND MAIL OR FAX DIRECTLY TO THIS OFFICE.

Fax 1-860-525-6018
In State Toll Free 1-800-504-1102   extension 8413

Rev. 4/99