

**STATE OF CONNECTICUT**
STATE TEACHERS' RETIREMENT BOARD
21 GRAND STREET   HARTFORD, CT 06106

July 27, 2000

Marilyn B. Fenner
106 Taine Mountain Road
Burlington, CT 06013

Account #: 147817

Dear Mrs. Fenner:

The Medical Review Committee of the Teachers' Retirement Board at its meeting on July 21, 2000, **approved** your application for disability benefits.

In addition, the Committee has recommended that the status of your health be reviewed in approximately **two years** to ascertain the effects of any treatment programs in which you may participate.

Enclosed is a Disability Effective Date Election Form for your completion. The Teachers' Retirement Board will contact your last employer for the required final salary and contribution information only after receipt of this completed election. Failure to return this form in a timely manner will unnecessarily delay benefit payments.

If we can be of further service, please advise.

Very truly yours,

(Mr.) Lynn E. Sansone
Retirement Counselor
Telephone: (860) 241-8413

LES:les
0014c2
F:\USERS\SHARED\MEMBERS\120-999\147817.DOC