# SUMMARY of BENEFITS under the TEACHERS' RETIREMENT SYSTEM



 *Issued by the State of Connecticut Teachers' Retirement Board*
Revised September 1998

Example: Member B left teaching at age 55 with 10 years of service and an average salary base of $40,000. The benefit available to this member at age 60 would be determined as follows:

| | |
|---|---|
| Age for completion of 20 years | 65 |
| Age for benefits to begin | 60 |
| Difference | 5 years |
| Early retirement percentage | 1.4% |

1.4% X 10 years = 14%

$40,000 X 14% = $5,600 yearly or $466.67 monthly

## DISABILITY BENEFITS

If you become disabled as an active member of the system, you may be eligible for disability benefits.

In order to qualify for a disability allowance, you must:
- be certified as disabled by the CTRB Medical Review Committee. This panel of qualified physicians will review the information submitted by your personal physician(s).
- have five years of credited service in the public schools of Connecticut, unless the disability was as a result of a sickness or injury which occurred while performing your duties as a teacher.

For the first 24 months "Disabled" means that you are unable to perform your duties as a teacher because of a physical or mental impairment which is expected to be of long duration or result in death. After 24 months, "Disabled" means that you are unable to perform any substantial work activity.

Disability benefits will be calculated at 2% per year of your final average salary base. The maximum benefit is 50% and the minimum benefit is 15%.

Service credit will accrue to a maximum of 30 years while receiving a disability allowance. Upon the attainment of age 60 (minimum 20 years CT), the disability allowance will be converted to a normal retirement benefit. You will be required to select a retirement plan and make an election regarding your 1% account balances.

The disability allowance is subject to possible offsets against outside earned income, Workers Compensation and/or Social Security.

To obtain further information regarding the disability rules and procedures, please contact this office.

Example: Member C age 52 with 18 years becomes disabled. The benefit calculation would be as follows:

   18 years X 2% = 36% of salary base for a disability allowance

Member C continues to be disabled until age 60. At the time of conversion, the benefit would be recalculated as follows:

   18 years
plus 8 years disability accrual service
   26 years X 2% = 52% of salary base for a converted benefit

The converted benefit at age 60 would also include the cost of living adjustment accrued while on disability.

## NORMAL RETIREMENT

In order to be eligible for Normal Retirement you must:
- have 20 years of Connecticut Service **and** be at least age 60
  or
- have 35 years of service (minimum 25 years CT public schools) at any age

Your normal retirement benefit would be calculated as follows:

   2% X Years of X Average   = Annual
        Service    Salary Base  Benefit

Example: Member D retired at age 63 with 22.5 years of CT service and a salary base of $54,000.

The annual benefit would be
   2% X 22.5 = 45% X $54,000 = $24,300 or $2,025 monthly

**The maximum benefit a member may receive from this system is 75% of average annual salary.**

Page 9