# DISABILITY EFFECTIVE DATE ELECTION

TO:   TEACHERS' RETIREMENT BOARD
      21 GRAND STREET
      HARTFORD, CT 06106

RE:   DISABILITY EFFECTIVE DATE          MEMBER'S CURRENT ADDRESS:

FROM: *MARILYN B. FENNER*               *106 TAINE MOUNTAIN ROAD*
      (PRINT YOUR NAME)                  *BURLINGTON, CT 06013*

I hereby apply to have my Disability Allowance become effective on:

      *JULY* / 01 / *2000*
      (Month)         (Year)

I understand this effective date may **NOT** precede my last paid date of employment AND the Teachers' Retirement Board's receipt of my complete Disability Application.

      *Marilyn B. Fenner*         *7/31/00*
      member's signature           date

**FORWARD TO EMPLOYER FOR COMPLETION**

Last date of paid employment
        OR                         *June     30      2000*
Last date of paid sick leave       (Month)  (Day)   (Year)

I certify that the above information is correct. We will notify TRB if the above named employee returns to work in this system.

      _____
      (Superintendent)    (Date)

The Superintendent's office should advise the payroll office to *Transmit final salary* ~~submit TRB-ST~~
**TERMINATION REPORT** directly to the Teachers' Retirement Board. The TRB must be in receipt of the TERMINATION REPORT and this DISABILITY EFFECTIVE DATE ELECTION FORM before we can begin making payments to the member.

**FORWARD THIS FORM TO TRB FOR EFFECTIVE DATE DETERMINATION. EFFECTIVE DATE CONFIRMATION WILL BE SENT TO EMPLOYER AND MEMBER.**

---

TRB has determined your effective date as follows:

Effective date: _____, payment date: _____
Confirmation sent: _____