Case 3:01-cv-01609-CFD   Document 41-11   Filed 03/15/2004   Page 1 of 1
Goodman, et al vs Farmington Board of Ed.,
7/19/2002                                                      Kevin M. Deneen

Page 130

```
1        Q    It contains a grievance procedure?
2        A    Yes, it does.
3        Q    Did Ms. Fenner ever ask you to file a grievance
4   on her behalf due to her alleged termination in June or
5   July of 2000?
6        A    No.
7        Q    Did the collective bargaining agreement, to
8   which she belonged, ever request that you file a grievance
9   as to her termination?
10            MR. BLUMENFELD:  Collective bargaining unit?
11            MR. ROSE:  Unit.
12            THE WITNESS:  No.
13            MR. ROSE:  That's all I have.  Thanks.
14            MR. BLUMENFELD:  I don't have any questions.
15            MR. BEIZER:  Okay.
16            THE WITNESS:  On the record, I'm going to keep
17  the two original bills with the file, even though they were
18  not part of the original file, is that acceptable to
19  everyone?
20            MR. BEIZER:  I think the record is clear.
21            THE WITNESS:  I don't want to lose it.
22            MR. BEIZER:  Off the record.
23            (Discussion off the record.)
24            MR. ROSE:  I'd like a mini transcript.
25            MR. BLUMENFELD:  Does the index come with that?
```