UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALISTAIR GOODMAN, NICHOLAS, GOODMAN AND JAMES FENNER, EXECUTOR OF THE ESTATE OF MARILYN B. FENNER, | : : : : | NO.: 3:01CV1609 (GLG) |
|     Plaintiffs | : : | |
| v. | : : | |
| TOWN OF FARMINGTON BOARD OF EDUCATION, | : : | |
|     Defendant | : | MARCH 12, 2004 |

**NOTICE OF MANUAL FILING**

    Please take notice that the TOWN OF FARMINGTON BOARD OF EDUCATION, has manually filed the following document or thing:

- **Exhibit B to Defendant's Local Rule 56 Statement - Exhibit B is the Deposition Transcript of James Fenner.**
- **Exhibit C to Defendant's Local Rule 56 Statement - Exhibit C is the Collective Bargaining Agreement.**
- **Exhibit D to Defendants' Local Rule 56 Statement - Exhibit D is the Sun Life Insurance Policy.**

    This document has not been filed electronically because

    [ ]    the document or thing cannot be converted to an electronic format

    [ X ]    the electronic file size of the documents exceeds 1.5 megabytes

    [ ]    the document or thing is filed under seal pursuant to Local Rule of Civil

            Procedure 5(d) or Local Rule of Criminal Procedure 57(b

[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANT,
TOWN OF FARMINGTON BOARD
OF EDUCATION

By/s/Alexandria L. Voccio
   Alexandria L. Voccio, ct21792
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   Phone:  (860) 249-1361
   Fax:  (860) 249-7665
   E-Mail:  avoccio@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.s. Mail, to the following counsel of record this 12th day of March, 2004.

David B. Beizer, Esquire
Beizer & Weintraub
345 North Main Street
West Hartford, CT 06117

Louis B. Blumenfeld, Esquire
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, CT  06106-5109

                                                                       <u>/s/Alexandria L. Voccio</u>
                                                                         Alexandria L. Voccio