UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Apr 15  2 00 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

ALISTAIR GOODMAN          :
NICHOLAS GOODMAN          :
JAMES FENNER              :
                          :   CIVIL ACTION NO.
           Plaintiffs,    :   3:01-CV-01609 (GLG)
                          :
    vs.                   :
                          :
TOWN OF FARMINGTON        :
BOARD OF EDUCATION        :
                          :   APRIL 7, 2004
           Defendant.     :
                          :

## MOTION FOR EXTENSION OF TIME

The plaintiff in the above captioned matter hereby requests an extension of time of thirty (30) days (i.e. until May 10, 2004) to respond to defendant Town of Farmington Board of Education's March 12, 2004 motion for summary judgment.

This is the first such request for an extension of time that plaintiff has filed.

Plaintiff further represents that he has discussed the above matter with the defendant's attorney on April 7, 2004 in good faith and represents that the defendant will not oppose such motion.

Respectfully Submitted

By _____
David B. Beizer, Esq. (ct06161)
Beizer & Weintraub
Their Attorneys
345 North Main Street
West Hartford, CT 06117
(860) 236-5491

NO ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent this 7th day of April, 2004, via first class mail, postage prepaid, to:

Louis B. Blumenfeld, Esq.
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106

Michael J. Rose, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114-1190

_____
David B. Beizer
Commissioner of Superior Court