**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------X
ALISTAIR GOODMAN, et al.,     :
                              :
        Plaintiff,            :          ORDER
                              :
    -against-                 :
                              :    3: 01 CV 1609 (GLG)
TOWN OF FARMINGTON            :
BOARD OF EDUCATION,           :
                              :
        Defendant.            :
------------------------------X
```

Plaintiff's motion for extension of time [Doc. #43] to May 10, 2004, to respond to Defendant's motion for summary judgment is **granted**.

   **SO ORDERED.**

**Dated:   April 20, 2004**
**        Waterbury, CT**                      /s/
                                       Gerard L. Goettel
                                          U.S.D.J.