**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ALISTAIR GOODMAN, NICHOLAS :
GOODMAN, AND JAMES FENNER, : CIVIL NO. 3:01CV1609 (GLG)
EXECUTOR OF THE ESTATE OF :
MARILYN B. FENNER :
        Plaintiffs, :

     V. :

      :
TOWN OF FARMINGTON BOARD :
OF EDUCATION AND KEVIN M. DENEEN :
        Defendants, : APRIL 20, 2004

### AFFIDAVIT OF DAVID B. BEIZER

1.    I am over the age of twenty-one years and believe in the obligation of an oath.

2.    I am an attorney licensed to practice in Connecticut and was retained by James Fenner, the Executor of the Estate of Dr. Marilyn Fenner, and by Nicholas Goodman and Alistair Goodman, sons of the deceased Marilyn Fenner and named beneficiaries under a Sun-Life term life insurance policy to both probate the estate of Marilyn Fenner and to investigate the circumstances under which term life insurance insuring the life of Marilyn Fenner was terminated during calendar year 2000 by the Farmington School System.

3.    On January 23, 2001, I sent a letter dated January 23, 2001 to Business Manger of the Farmington Board of Education seeking certain information. See Exhibit A attached hereto.

4.    In response thereto, I received a reply dated January 26, 2001 from the Superintendent of Schools. See Exhibit B.

5.    On February 6, 2001, I received a substantive reply to my January 23, 2001 letter request for information regarding the termination of Dr. Fenner's term life insurance.  See Exhibit C attached hereto.

6.    In response to my January 23, 2001 request for information, see item no. 2, inquiring whether the Superintendent has any records indicating whether Dr. Fenner either resigned or was terminated from the Farmington School System, the Superintendent replied that he felt she had resigned but did not proffer any written statement of resignation from Dr. Fenner.

7.    In response to my inquiry:  "Would you advise the last time that you paid a premium on her behalf to Sun Life for her participation in the group term life insurance plan" (see item no. 3), Superintendent Villanova's response was:  "the last time the district paid a premium concerning Dr. Fenner was for June, 2000" (emphasis added).

8.    Lastly, in response to my inquiry as to whether Dr. Fenner was ever notified that Farmington was no longer paying the premium on Dr. Fenner's life insurance or was discontinuing her policy, the Superintendent's response appears to indicate the negative.  See part 4 of Exhibit C.


_____
David B. Beizer


Subscribed and sworn to before me this __20th__ day of April, 2004.


_____
Commissioner of Superior Court
Notary Public
My Commission Expires:

litigate/Fenner DBB Affidavit

CAROLYN R. BEADLE
*NOTARY PUBLIC*
MY COMMISSION EXPIRES SEP. 30, 2008