UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 22  12 33 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| ALISTAIR GOODMAN, NICHOLAS GOODMAN, AND JAMES FENNER, EXECUTOR OF THE ESTATE OF MARILYN B. FENNER<br>    Plaintiffs, | :<br>: CIVIL NO. 3:01CV1609 (GLG)<br>:<br>: |
| V. | : |
| TOWN OF FARMINGTON BOARD OF EDUCATION AND KEVIN M. DENEEN<br>    Defendants, | :<br>:<br>: APRIL 20, 2004 |

## NOTICE OF MANUAL FILING

The attached Memorandum of Law in Opposition to Motion for Summary Judgment, Local Rule 56(a)2 Statement, Affidavit of David B. Beizer and Exhibits A through K are being manually filed because our office has yet to become capable of creating documents in pdf. format but we are in the process of training to do this.

PLAINTIFFS,

By _____
David B. Beizer, Esq. / No ct06161
Beizer & Weintraub
345 North Main Street
West Hartford, CT 06117
Their Attorneys

## CERTIFICATION

This is to certify that on April 20, 2004, a copy of the foregoing was mailed, postage prepaid, to the following counsel of record:

    Louis B. Blumenfeld, Esquire
    Cooney, Scully and Dowling`
    Hartford Square North
    Ten Columbus Boulevard
    Hartford, Connecticut 06106

    Michael J. Rose, Esquire
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, Connecticut 06114-1190

    Alexandria L. Voccio, Esquire
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, Connecticut 06114-1190

_David B. Beizer_
David B. Beizer