**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
-----------------------------------X
ALISTAIR GOODMAN, et al.,          :
                                   :
        Plaintiff,                 :       ORDER
                                   :
    -against-                      :
                                   :       3: 01 CV 1609 (GLG)
TOWN OF FARMINGTON                 :
BOARD OF EDUCATION,                :
                                   :
        Defendant.                 :
-----------------------------------X
```

Plaintiff's motion for extension of time [Doc. #45] is **denied** as moot. This is a duplicate document. Please see document #43. The response to the summary judgment motion is due May 10, 2004.

**SO ORDERED.**

**Dated:   April 26, 2004**
**Waterbury, CT**                           /s/
                                   Gerard L. Goettel
                                   U.S.D.J.