UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALISTAIR GOODMAN, NICHOLAS, : <br> GOODMAN AND JAMES FENNER, : <br> EXECUTOR OF THE ESTATE OF : <br> MARILYN B. FENNER, : <br>     Plaintiffs : <br> : <br> v. : <br> : <br> TOWN OF FARMINGTON BOARD : <br> OF EDUCATION, : <br>     Defendant : | NO.: 3:01CV1609 (GLG) <br><br><br><br><br><br><br><br><br><br> APRIL 30, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b)2, the defendant, Town of Farmington Board of Education, hereby requests an extension of time of ten (10) days, up to and including May 11, 2004, in which to file its reply to the plaintiffs' memorandum of law in opposition to motion for summary judgment.

Due to defendant's counsel's present schedule and workload, and the possible need for an affidavit, the undersigned represents that another ten (10) days will be required in order to prepare an adequate response to the plaintiffs' brief in opposition to the motion for summary judgment.

The undersigned counsel has been unable to contact counsel for the plaintiffs', Attorney David B. Beizer, to ascertain if Attorney Beizer has any objection to the granting of this motion.

This is the first request for an enlargement of time made by this defendant relative to the plaintiffs' brief in opposition to the motion for summary judgment.

WHEREFORE, the undersigned defendant, Town of Farmington Board of Education, hereby requests that its Motion for Enlargement of Time, up to and including May 11, 2004, be granted.

> DEFENDANT,
> TOWN OF FARMINGTON BOARD
> OF EDUCATION
>
> By *[signature]*
> Alexandria L. Voccio
> ct21792
> Howd & Ludorf
> 65 Wethersfield Avenue
> Hartford, CT 06114
> Phone: (860) 249-1361
> Fax: (860) 249-7665
> E-Mail: avoccio@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 30th day of April, 2004.

David B. Beizer, Esquire
Beizer & Weintraub
345 North Main Street
West Hartford, CT 06117

Louis B. Blumenfeld, Esquire
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5109

*Alexandria L. Voccio*
Alexandria L. Voccio