**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------X
ALISTAIR GOODMAN, et al.,          :
                                   :
        Plaintiff,                 :           ORDER
                                   :
     -against-                     :
                                   :      3: 01 CV 1609 (GLG)
TOWN OF FARMINGTON                 :
BOARD OF EDUCATION,                :
                                   :
        Defendant.                 :
-----------------------------------X
```

Defendant's motion for extension of time [Doc. #51] to May 11, 2004, to reply to Plaintiff's memorandum in opposition to its motion for summary judgment is **granted**.

**SO ORDERED.**

**Dated:   May 6, 2004**
**         Waterbury, CT**                          /s/
                                          Gerard L. Goettel
                                              U.S.D.J.