UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALISTAIR GOODMAN, NICHOLAR GOODMAN and JAMES FENNER : | : : | |
| Plaintiffs, | : : | NO: **3:01-CV-01609 (CFD)** |
| VS. | : : | |
| TOWN OF FARMINGTON BOARD OF EDUCATION and KEVIN M. DENEEN | : : : | |
| Defendants. | : : | AUGUST 24, 2004 |

**MOTION TO EXCUSE PARTY ATTENDANCE AT SETTLEMENT CONFERENCE**

The undersigned hereby requests that this defendant and his representative be excused from the Settlement Conference with Judge Green on August 26, 2004 for the reasons that follow.

This settlement conference was scheduled on very short notice, the date having been selected on or about August 12, 2004 and notice having been delivered on August 17, 2004. The Notice with the attendance requirement was not seen by the undersigned until his return from vacation on August 23, 2004.

With regard to this defendant, Attorney Kevin Deneen, for purposes of the mediation his involvement is not necessary. Because his attendance is not necessary for purposes of resolving the case, it is respectfully submitted that it would be an unwarranted imposition on his practice to

require him to attend.

With regard to the insurance company representative, the person handling this matter is located in Phoenix, Arizona and has a long-scheduled mediation in Phoenix the same day. The undersigned has mediated a number of matters to a successful conclusion with the claims representative involved in this matter being available by telephone, including one with Judge Green. Accordingly, it is the belief of the undersigned that her absence will not interfere with the potential for success of the settlement conference. Therefore, in view of her inability to be present on August 24, 2004, and in furtherance of the parties' desire to have the settlement conference go forward as scheduled, it is requested that she be excused from personal attendance and that we be allowed to be in contact by telephone.

WHEREFORE, the undersigned prays that this defendant and his representative be excused from personal attendance at the settlement conference.

                    **DEFENDANT, Kevin Deneen**

                    **BY**_____
                        Louis B. Blumenfeld
                        Cooney, Scully and Dowling
                        Hartford Square North
                        Ten Columbus Boulevard
                        Hartford, Connecticut 06106-5109
                        (860) 527-1141 / Fed. Bar No. ct05636
His Attorney

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was sent by facsimile and mail to counsel and *pro se* parties of record on August 24, 2004, as follows:

          David B. Beizer, Esq.
          Beizer & Weintraub
          345 North Main Street
          West Hartford, CT 06117

          Alexandria L. Voccio, Esq.
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, Connecticut 06114-1190

                        _____
                            Louis B. Blumenfeld