FILED

2004 AUG 25 P 4: 41

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALISTAIR GOODMAN, NICHOLAS, GOODMAN AND JAMES FENNER, EXECUTOR OF THE ESTATE OF MARILYN B. FENNER,<br>    Plaintiffs | NO.: 3:01CV1609 (CFD) |
| v. | |
| TOWN OF FARMINGTON BOARD OF EDUCATION,<br>    Defendant | AUGUST 25, 2004 |

## MOTION TO EXCUSE PARTY ATTENDANCE AT SETTLEMENT CONFERENCE

The undersigned hereby requests that the Town of Farmington Board of Education and its insurance representative be excused from the settlement conference with Parajudicial Officer Green on August 26, 2004, for the following reasons.

First, the undersigned just learned that the claims representative handling this file is, and has been, out of the office and will not be available to attend tomorrow's conference. As the Court is aware, the conference was only recently scheduled. The file is being handled out of Boston.

Second, neither the claims representative nor a representative of the Board of Education has the authority to settle this matter without approval of the entire Board

of Education. As such, the appearance of a representative would not greatly facilitate settlement. Any tentative settlement would have to be heard and decided by the Board at a later date. The undersigned is prepared to represent this defendant's settlement position and make recommendations to both the claims representative and the Board of Education based on settlement discussions with Parajudicial Officer Green and the other parties.

WHEREFORE, the undersigned respectfully requests that the attendance of a representative of the Board of Education and the claims representative be excused.

DEFENDANT,
TOWN OF FARMINGTON BOARD
OF EDUCATION

By *Alexandria L. Voccio*
Alexandria L. Voccio [ct21792]
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Phone: (860) 249-1361
Fax: (860) 249-7665
E-Mail: avoccio@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via facsimile and U.S. Mail to the following counsel of record this 25th day of August, 2004.

David B. Beizer, Esquire
Beizer & Weintraub
345 North Main Street
West Hartford, CT 06117

Louis B. Blumenfeld, Esquire
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5109

_____
Alexandria L. Voccio