UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALISTAIR GOODMAN, NICHOLAS, GOODMAN AND JAMES FENNER, EXECUTOR OF THE ESTATE OF MARILYN B. FENNER, Plaintiffs | : : : : : : | NO.: 3:01CV1609 (CFD) |
| v. | : : | |
| TOWN OF FARMINGTON BOARD OF EDUCATION, Defendant | : : : | OCTOBER 20, 2004 |

## MOTION TO EXCUSE PARTY ATTENDANCE AT SETTLEMENT CONFERENCE

The undersigned hereby requests that the Town of Farmington Board of Education and its insurance representative be excused from the settlement conference with Parajudicial Officer Green on October 22, 2004, for the following reasons.

First, the claims representative handling this file is located in Boston.

Second, neither the claims representative nor a representative of the Board of Education has the authority to settle this matter without approval of the entire Board of Education. As such, the appearance of a claims representative or a representative from the Board would not greatly facilitate settlement. Any tentative settlement would have to be heard and decided by the Board at a later date. The undersigned is

prepared to represent this defendant's settlement position and make recommendations to both the claims representative and the Board of Education based on settlement discussions with Parajudicial Officer Green and the other parties.

    WHEREFORE, the undersigned respectfully requests that the attendance of a representative of the Board of Education and the claims representative be excused.

DEFENDANT,
TOWN OF FARMINGTON BOARD
OF EDUCATION

By/s/Alexandria L. Voccio
   Alexandria L. Voccio [ct21792]
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   Phone:  (860) 249-1361
   Fax:  (860) 249-7665
   E-Mail:  avoccio@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent via facsimile and U.S. Mail to the following counsel of record this 20th day of October, 2004.

David B. Beizer, Esquire
Beizer & Weintraub
345 North Main Street
West Hartford, CT 06117

Louis B. Blumenfeld, Esquire
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, CT  06106-5109

                                              /s/Alexandria L. Voccio
                                              Alexandria L. Voccio