UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALISTAIR GOODMAN, NICHOLAS, GOODMAN AND JAMES FENNER, EXECUTOR OF THE ESTATE OF MARILYN B. FENNER,<br>    Plaintiffs | : : : : : : | NO.: 3:01CV1609 (CFD) |
| v. | : : | |
| TOWN OF FARMINGTON BOARD OF EDUCATION, AND KEVIN DENEEN<br>    Defendants | : : : | OCTOBER 22, 2004 |

## **MOTION TO DISMISS**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, the defendant, Town of Farmington Board of Education, hereby moves to dismiss the First Count of the plaintiffs' amended complaint dated November 26, 2001.

As more particularly set forth in the attached memorandum of law, this Court lacks subject matter jurisdiction over this claim because the plaintiff failed to join the Union, a necessary and indispensable party to this action.

WHEREFORE, the defendant, Town of Farmington Board of Education, respectfully requests that the court grant its motion to dismiss.

        DEFENDANT,
        TOWN OF FARMINGTON BOARD
        OF EDUCATION

        By/s/Alexandria L. Voccio
          Alexandria L. Voccio, ct21792
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, CT  06114
          Phone:  (860) 249-1361
          Fax:  (860) 249-7665
          E-Mail:  avoccio@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been hand-delivered to the following counsel of record this 22nd day of October, 2004.

David B. Beizer, Esquire
Beizer & Weintraub
345 North Main Street
West Hartford, CT 06117

Louis B. Blumenfeld, Esquire
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5109

                                          /s/Alexandria L. Voccio
                                          Alexandria L. Voccio