UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV -9  P 12: 45
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| ALISTAIR GOODMAN<br>NICHOLAS GOODMAN<br>JAMES FENNER<br><br>            Plaintiffs,<br><br>vs.<br><br>TOWN OF FARMINGTON<br>BOARD OF EDUCATION<br><br>            Defendant. | :<br>:<br>:<br>:<br>: CIVIL ACTION NO.<br>: 3:01-CV-01609 (CFD)<br>:<br>:<br>:<br>:<br>:<br>: NOVEMBER 5, 2004<br>: |

**MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO MOTION TO DISMISS**

The plaintiffs in the above captioned matter hereby request an extension of time of fifteen (15) days from the date the Court renders a decision on the plaintiffs' motion to amend its complaint submitted herewith to respond to defendant, Town of Farmington, Board of Education's motion to dismiss. Good cause exists in that if plaintiffs' motion to amend its complaint is granted such granting will essentially vitiate defendant Town of Farmington's pending motion to dismiss.

Attorney Blumenfeld representing Kevin Deneen has no objection to this motion. Attorney Voccio representing Town of Farmington, Board of Education does object to this motion.

Plaintiff does not request oral argument.

                                        Respectfully Submitted

By _____
      David B. Beizer, Esq. (ct06161)
      Beizer & Weintraub
      Their Attorneys
      345 North Main Street
      West Hartford, CT 06117
      (860) 236-5491

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this 5th day of November, 2004, via first class mail, postage prepaid, to:

Louis B. Blumenfeld, Esq.
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106

Alexandria L. Voccio, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114-1190

_____
David B. Beizer
Commissioner of Superior Court