UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV -9 P 12: 45
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| ALISTAIR GOODMAN<br>NICHOLAS GOODMAN<br>JAMES FENNER | : | |
| Plaintiffs, | : | CIVIL ACTION NO.<br>3:01-CV-01609 (CFD) |
| vs. | : | |
| TOWN OF FARMINGTON<br>BOARD OF EDUCATION | : | |
| Defendant. | : | NOVEMBER 5, 2004 |

### REQUEST FOR LEAVE TO AMEND COMPLAINT

The plaintiffs in the above captioned matter hereby move, pursuant to F.R.C.P. 15 for leave to amend their complaint. A copy of the proposed amended complaint is affixed hereto.

Plaintiff does not request oral argument.

Respectfully Submitted

By _____
David B. Beizer, Esq. (ct06161)
Beizer & Weintraub
Their Attorneys
345 North Main Street
West Hartford, CT 06117
(860) 236-5491

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this 5th day of November, 2004, via first class mail, postage prepaid, to:

Louis B. Blumenfeld, Esq.
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106

Alexandria L. Voccio, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114-1190

_____
David B. Beizer
Commissioner of Superior Court