UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALISTAIR GOODMAN, ET AL | NO.: 3:01CV1609 (GLG) |
| v. | |
| TOWN OF FARMINGTON BOARD OF EDUCATION | |

### APPEARANCE

Please enter the appearance of Robin B. Kallor, as attorney for the defendant, Town of Farmington Board of Education, in the above-captioned matter.

DEFENDANT,
TOWN OF FARMINGTON BOARD
OF EDUCATION

By _____
Robin B. Kallor (ct26536)
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: rkallor@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail, to the following counsel of record this 14th day of January, 2005.

David B. Beizer, Esquire
Beizer & Weintraub
345 North Main Street
West Hartford, CT 06117

Louis B. Blumenfeld, Esquire
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5109

_____
Robin B. Kallor

H&L 6234