UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALISTAIR GOODMAN, NICHOLAR GOODMAN and JAMES FENNER<br>        Plaintiffs,<br><br>VS.<br><br>TOWN OF FARMINGTON BOARD OF EDUCATION and KEVIN M. DENEEN<br>        Defendants. | NO: **3:01-CV-01609 (CFD)**<br><br><br><br><br>NOVEMBER   , 2004 |

### STIPULATION OF DISMISSAL
### AS TO THE FOURTH COUNT ONLY

The plaintiffs and the defendant Kevin M. Deneen only, by counsel, hereby stipulate that the FOURTH COUNT of this action, being the entire action against the defendant Kevin M. Deneen be dismissed with prejudice, and with each party bearing its own costs.

This dismissal expressly does not apply to or effect the First, Second or Third Counts and to the defendant Town of Farmington Board of Education.

December 8
~~November~~   , 2004

PLAINTIFFS

By: _David B. Beizer_
    David B. Beizer
    Beizer & Weintraub
    345 North Main Street
    West Hartford, CT
    Federal Bar No. ct06161
    Their Attorneys

|  |  |
|---|---|
| ~~November    , 2004~~<br>January 25, 2005 | KEVIN M. DENEEN<br><br>By _____<br>Louis B. Blumenefeld<br>Cooney, Scully and Dowling<br>Hartford Square North<br>Ten Columbus Boulevard<br>Hartford, CT  06106<br>(860) 527-1141<br>Federal Bar No. CT05636 |

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all counsel and *pro se* parties of record on  1/25/05   , as follows:

        David B. Beizer, Esq.
        Beizer & Weintraub
        345 North Main Street
        West Hartford, CT 06117

        Michael J. Rose, Esq.
        Howd & Ludorf
        65 Wethersfield Avenue
        Hartford, Connecticut 06114-1190

                                        _____
                                        Louis B. Blumenfeld

#148732