FILED

2005 FEB 23 P 1:07

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALISTAIR GOODMAN, NICHOLAR GOODMAN and JAMES FENNER<br>    Plaintiffs, | |
| | NO: **3:01-CV-01609 (CFD)** |
| VS. | |
| TOWN OF FARMINGTON BOARD OF EDUCATION and KEVIN M. DENEEN<br>    Defendants. | FEBRUARY 14, 2005 |

### MOTION FOR JUDGMENT ON STIPULATION (Docket No. 70)

The undersigned defendant, Kevin M. Deneen, by counsel, moves the Court to enter judgment on the Fourth Count in his favor in accordance with the "Stipulation of Dismissal As To The Fourth Count Only" as filed on February 5, 2005 and entered as docket item number 70. The Fourth Count being the only count against the undersigned defendant, he moves that judgment be entered in his favor.

As shown by the Stipulation, this dismissal and judgment is by agreement of the parties involved.

DEFENDANT, KEVIN M. DENEEN,

By: _____
Louis B. Blumenfeld
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106
(860) 527-1141
Federal Bar No. CT05636

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all counsel and *pro se* parties of record on February 14, 2005, as follows:

David B. Beizer, Esq.
Beizer & Weintraub
345 North Main Street
West Hartford, CT 06117

Michael J. Rose, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114-1190

_____
Louis B. Blumenfeld

#197412

2

LAW OFFICES • COONEY, SCULLY AND DOWLING
HARTFORD SQUARE NORTH • TEN COLUMBUS BOULEVARD • HARTFORD, CONNECTICUT 06106-5109 • (860) 527-1141