RECEIVED

2005 AUG -3 P 2: 48

CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALISTAIR GOODMAN          :
NICHOLAS GOODMAN          :
JAMES FENNER              :
                          :    CIVIL ACTION NO.
            Plaintiffs,   :    3:01-CV-01609 (CFD)
                          :
    vs.                   :
                          :
TOWN OF FARMINGTON        :
BOARD OF EDUCATION        :
                          :    AUGUST 1, 2005
            Defendant.    :

## MOTION TO CONTINUE HEARING
## ON ALL PENDING MOTIONS SET FOR AUGUST 5, 2005

The plaintiffs in the above captioned matter hereby request an extension of time of thirty (30) days from the scheduled date of the Hearing on all Pending Matters set for August 5, 2005. Good cause exists in that plaintiffs' attorney has had an accident and will be recuperating either in or out of the hospital on the scheduled date of August 5, 2005.

Attorney Voccio representing Town of Farmington Board of Education does not object to this motion.

Plaintiff does not request oral argument.

Respectfully Submitted

By _____
Jay B. Weintraub, Esq. (ct06161)
Beizer & Weintraub
Their Attorneys
345 North Main Street
West Hartford, CT 06117
(860) 236-5491

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent this 1st day of August, 2005, via facsimile and first class mail, postage prepaid to:


Alexandria L. Voccio, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114-1190
Facsimile: (860) 249-7665



Jay B. Weintraub
Commissioner of Superior Court

2