UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALISTAIR GOODMAN : | |
| NICHOLAS GOODMAN : | |
| JAMES FENNER : | |
| : | CIVIL ACTION NO. |
| Plaintiffs, : | 3:01-CV-01609 (CFD) |
| : | |
| vs. : | |
| : | |
| TOWN OF FARMINGTON : | |
| BOARD OF EDUCATION : | |
| : | AUGUST 1, 2005 |
| Defendant. : | |

NOTICE OF MANUAL FILING

The attached Motion to Continue Hearing is being manually filed because our office is not yet capable of creating documents in pdf. format but we are in the process of training to do this.

PLAINTIFFS

By: _____
Jay B. Weintraub of
Beizer & Weintraub
345 North Main Street
West Hartford, CT 06117
(860) 236-5491
U.S. District Court Juris Number CT06161
Attorney for Plaintiffs

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this 1st day of August, 2005, via facsimile and first class mail, postage prepaid to:

Alexandria L. Voccio, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114-1190
Facsimile: (860) 249-7665

_____
Jay B. Weintraub
Commissioner of Superior Court