UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALISTAIR GOODMAN
NICHOLAS GOODMAN
JAMES FENNER, *Exec of Est of*
*Marilyn B. Fenner*
     v.            CASE NO. 3:01CV1609(CFD)

BOARD OF EDUCATION,
*Town of Farmington*
KEVIN DENEEN

## **JUDGMENT**

  This action having come on for consideration of the Board's motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

  The Court having considered the full record of the case including applicable principles of law and having filed a Ruling on December 6, 2005 granting the motion in part, it is therefore,

  ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

  Dated at Hartford, Connecticut, this 7th day of December, 2005.

             KEVIN F. ROWE, Clerk


             By _____
               Devorah Johnson
               Deputy Clerk


EOD_____