

**Employee Group Benefits**
UNDERWRITTEN BY
SUN LIFE ASSURANCE COMPANY OF CANADA

**TOWN OF FARMINGTON, CONNECTICUT**

BOARD OF EDUCATION ADMINISTRATORS

FENNER, MARILYN B.
WEST DISTRICT

GROUP POLICY NUMBER - 62246
POLICY EFFECTIVE DATE - July 1, 1999

Exh A

# TABLE OF CONTENTS

| | Page |
|---|---|
| **Benefit Highlights** | |
| Employee Life and Accidental Death and Dismemberment Insurance | 4 |
| **Eligibility and Effective Dates** | |
| Employee | 6 |
| **Termination of Insurance** | |
| Employee | 7 |
| **Benefit Provisions** | |
| Life Insurance | 9 |
| Employee | 9 |
| Accidental Death and Dismemberment Insurance (AD&D) | 18 |
| **Claim Provisions** | |
| Notice of Claim | 22 |
| Proof of Claim | 22 |
| Payment of Claims | 23 |
| Change in Beneficiary | 24 |
| **General Provisions** | |
| General Provisions | 26 |
| **Definitions** | |
| General | 28 |
| Employee Life | 30 |
| Accidental Death and Dismemberment | 32 |

Welcome to Sun Life Assurance Company of Canada ("Sun Life"). Sun Life is pleased to be your Employer's insurance carrier for the benefits provided in the Group Policy. The description of Eligible Classes in the Benefit Highlights will help you determine what benefits apply to you.

The booklet is intended to provide a summarized explanation of the current Group Policy Benefits. However, the Group Policy is the Document which forms Sun Life's contract to provide benefits. If the terms of the booklet and the Group Policy differ, the Group Policy will govern. A complete copy of the Group Policy is in the possession of your Employer and is available for your review. In the event of any changes in benefits or Group Policy provisions, you will be provided with a new booklet or a supplement which describes any changes.

Possession of this booklet does not necessarily mean you are insured under the Group Policy. The requirements for becoming eligible for insurance and the dates your insurance begins or ceases are explained within this booklet.

This booklet uses insurance terms and phrases that are listed in the Definitions section.

For information, call the Sun Life Group Customer Service Center toll free at 1-800-247-6875.

# BENEFIT HIGHLIGHTS

## LIFE AND ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

**ELIGIBLE CLASSES**

Board of Education Administrators

All Active, Full-Time Superintendent, Assistant Superintendent, Principals, Assistant Principals, Director of Special Services and Business Administrators working a minimum of 30 hours a week.

**AMOUNT OF INSURANCE**

| LIFE | AD&D |
|---|---|
| 2 times your Basic Annual Earnings* | An amount equal to your amount of Life Insurance in force |

* rounded to the next higher $1,000, if not already a multiple of $1,000, subject to a Maximum Benefit of $300,000.

Your Amount of Life and Accidental Death and Dismemberment Insurance reduces to 50% when you reach age 70. Your Life and Accidental Death and Dismemberment Insurance cancels at your retirement.

**Basic Annual Earnings**

Your current salary or wage from your Employer. Basic Annual Earnings does not include commissions, bonuses, overtime pay or any other extra compensation.

# BENEFIT HIGHLIGHTS

**WAITING PERIOD**

(The period of time you must be employed in an Eligible Class before you can apply for benefits)

You are deemed to have completed the Waiting Period on your first day of employment

**CONTRIBUTIONS**

The cost of your Life and Accidental Death and Dismemberment Insurance is paid for entirely by your Employer. This is your non-contributory insurance.

The following Questions and Answers will help you to better understand your benefits.

Please read them carefully and refer any questions to your Employer or call the Sun Life Group Service Center toll free at 1-800-247-6875.

## ELIGIBILITY AND EFFECTIVE DATE OF EMPLOYEE INSURANCE

**When am I eligible for insurance?**

If you are in an Eligible Class shown in the Benefit Highlights, you are eligible on the later of:

- July 1, 1999; or
- the day after you complete your Waiting Period.

**When does my insurance start?**

Your insurance starts on the date you are eligible, if you are Actively at Work on that date.

**What if I am not Actively at Work on that date?**

If you are not Actively at Work because of injury, sickness, layoff or leave of absence on the date your insurance would normally start, your insurance will not start until you are Actively at Work.

**When do changes in my amount of insurance occur?**

If your amount of insurance increases due to a change in your salary, your increase will take effect immediately, as long as you are Actively at Work on that date.

If your amount of insurance decreases due to a change in your salary or age, the decrease will take effect immediately.

If you are not Actively at Work because of injury, sickness, layoff or leave of absence on the date an increase in your insurance would normally start, the increase in your insurance will not start until you are Actively at Work.

## TERMINATION OF EMPLOYEE INSURANCE

**When does my insurance cease?**

Your insurance ceases on the earliest of:

- the date the Group Policy terminates;
- the date you are no longer in an Eligible Class;
- the date your class is no longer included for insurance;
- the last day any required premium has been paid for your insurance;
- the date you retire;
- the date you request in writing to terminate your insurance;
- the date you enter active duty in any armed service during a time of war (declared or undeclared);
- the date your employment terminates;
- the date you cease to be Actively at Work.

**Are there any conditions under which my insurance can continue?**

Yes.

Your insurance will continue during any period the premium for your insurance is waived under the Group Policy.

If you are on temporary layoff, leave of absence or vacation, your Employer may continue your insurance by paying the required premium for the length of time specified below.

Layoff - for up to 1 month
Leave of Absence - for up to 1 month
Vacation - for up to 3 months

If you are absent from work due to an injury or sickness, your Employer may continue your Life Insurance, by paying the required premium, for up to 12 months.

## BENEFIT PROVISIONS

### EMPLOYEE LIFE INSURANCE

**What is the Life Insurance Benefit?**

If you die while insured, your Beneficiary will receive the amount of your Life Insurance in force when Sun Life receives written Notice and Proof of Claim.

**What is the amount of my Life Insurance?**

The amount of your Life Insurance is shown in the Benefit Highlights.

Your Life Insurance cannot exceed the Maximum Benefit shown in the Benefit Highlights.

Your amount of Life Insurance is subject to any age reductions or terminations shown in the Benefit Highlights.

**What is the Waiver of Premium Provision?**

If you become Totally Disabled while insured, the Waiver of Premium Provision may continue your Life Insurance without any further payment of premiums by you or your Employer.

**When am I eligible for the Waiver of Premium Provision?**

You are eligible if Sun Life receives Notice and Proof of Claim that you became Totally Disabled:
- while insured; and
- before your 60th birthday; and
- before you retire.

## TERMINATION OF EMPLOYEE INSURANCE

If you are "Totally Disabled" you may be eligible for a longer continuation of Life insurance. Refer to "What is the Waiver of Premium Provision" in the Life Benefit Section. Please note you need to apply for continued benefits under the Waiver of Premium Provision within 12 months after you cease to be Actively at Work.

If your coverage terminates and you are not eligible for any of the described continuations, you may be eligible for a Conversion Privilege. Refer to the "Conversion Privilege" in the Life Benefit section. Please note that you need to apply for the conversion and pay the required premium within 31 days following your termination of insurance.

You may be eligible to continue your insurance pursuant to the Family and Medical Leave Act of 1993. You should contact your Employer for more details.

You may be eligible to continue your insurance coverage pursuant to the Uniformed Services Employment and Reemployment Rights Act (USERRA). You should contact your Employer for more details.

# BENEFIT PROVISIONS
## EMPLOYEE LIFE INSURANCE

**What is the amount of Life Insurance that is continued under the Waiver of Premium Provision?**

Sun Life will continue the amount of your Life Insurance in force on the last day you were Actively at Work. This amount is subject to the same reductions or terminations that would have been applicable had you not become Totally Disabled.

If you have converted your Life Insurance to an individual policy, the continued insurance will be reduced by that converted amount unless you exchange that individual policy for a full refund of premiums paid.

**When does my Waiver of Premium cease?**

Your Waiver of Premium ceases on the earliest of:
- the date you are no longer Totally Disabled;
- the date you do not provide Proof that you continue to be Totally Disabled;
- the date you do not submit to an examination by a Physician of Sun Life's choice;
- the date you are no longer under the regular and continuing care of a Physician providing appropriate treatment by means of examination and testing in accordance with your disabling condition;
- the date you reach age 70; or
- the date you retire.

For the purposes of this Waiver of Premium Provision, you are considered retired when you receive any compensation from a retirement or pension plan of your Employer, or when you reach age 70, whichever is earlier.

If your Waiver of Premium ceases and you do not return to work with your Employer, your Life Insurance will terminate. You may be eligible to convert your Life Insurance under the Conversion Privilege.

# BENEFIT PROVISIONS
## EMPLOYEE LIFE INSURANCE

**What is the Accelerated Benefit?**

If Sun Life receives satisfactory Certification that you are Terminally Ill, part of your Life Insurance may be payable to you while you are still living.

**When am I eligible for an Accelerated Benefit?**

(Applicable if you were employed on or before July 1, 1999)

You are eligible if:
- you were Actively at Work on July 1, 1999 and have been insured for Life Insurance for at least 60 days. (This includes any period of time you were insured under the prior insurer's group life policy); and

(Applicable if you were employed after July 1, 1999)

You are eligible if:
- you have been insured for Life Insurance for at least 60 days; and

(Applicable to All Employees)

- you are Certified as Terminally Ill with a life expectancy of 12 months or less; and
- you are insured for at least $20,000 of Life Insurance.

**How do I receive an Accelerated Benefit?**

You need to submit a written request to Sun Life.

If you have assigned your Life Insurance, named an irrevocable Beneficiary or have a former spouse named as Beneficiary as part of a divorce decree, you must have a signed agreement from those parties.

# BENEFIT PROVISIONS

## EMPLOYEE LIFE INSURANCE

**What is the amount of Accelerated Benefit?**

You can request up to 75% of the amount of your Life Insurance currently in force. The maximum amount you can request is $500,000. The minimum amount you may request is the greater of 25% of the amount of your Life Insurance in force or $5,000.

If you have received an Accelerated Benefit under the prior insurer's group life policy, you can request up to 75% of your Life Insurance currently in force reduced by the amount of the Accelerated Benefit you have previously received.

**How is the Accelerated Benefit paid?**

The Accelerated Benefit is paid in a single lump sum amount.

**Can I receive more than one Accelerated Benefit?**

You may request the Accelerated Benefit only once under Sun Life's Group Policy.

**Are there any charges if I request an Accelerated Benefit?**

No.

**What happens to my Life Insurance if I receive an Accelerated Benefit?**

If you have received an Accelerated Benefit from Sun Life or the prior insurer's group life policy, your Life Insurance will be reduced by an amount equal to the Accelerated Benefit paid by Sun Life and an amount equal to the Accelerated Benefit paid by the prior insurer's group life policy.

# BENEFIT PROVISIONS

## EMPLOYEE LIFE INSURANCE

**Some Important Notes about your Accelerated Benefit**

Your Accelerated Benefit is not a long term care policy. The amount your Accelerated Benefit would pay may not be enough to cover nursing home expenses or other bills. You may use the money received from the Accelerated Benefit for any purpose.

Receipt of your Accelerated Benefit may affect your Medicaid eligibility.

No Accelerated Benefit payment will be processed if you are required to request it by a third party, including any creditor, governmental agency, trustee in bankruptcy or any other person, or as the result of a court order.

Benefits payable under this provision MAY be taxable. You should consult your tax advisor. Sun Life does not give tax or legal advice.

**What is the Conversion Privilege?**

If your Life Insurance ceases, you may be able to convert your Life Insurance to an individual policy. You need to apply for the Conversion Privilege within 31 days. See question "How do I convert my Life Insurance?"

## BENEFIT PROVISIONS

### EMPLOYEE LIFE INSURANCE

**When can I convert my Life Insurance?**

1. You can convert if all or part of your Life Insurance ceases or reduces due to:
   - termination of your employment;
   - termination of your membership in an Eligible Class;
   - your retirement;
   - your reaching a specified age; or
   - your changing to a different Eligible Class; or
   - termination of your Waiver of Premium continuation; or
   - your continuation period ending during your layoff or leave of absence.

2. You can convert if you have been continuously insured for 5 or more years under Sun Life's Group Life Policy and all or part of your Life Insurance ceases or reduces due to:
   - termination of the Life Insurance Benefit Provision;
   - termination of the Group Policy;
   - an amendment to the Group Policy to reduce the amount of Life Insurance in your Eligible Class; or
   - an amendment to the Group Policy to terminate your Eligible Class.

**What amount of Life Insurance can I convert?**

The amount of Life Insurance you can convert depends on the reason your Life Insurance ceases.

If your amount of Life Insurance ceased or reduced for the reasons stated in #1 "When can I convert my Life Insurance?", you can convert up to the amount that ceased or reduced. If your amount of Life Insurance that ceased is $10,000 or more, the minimum amount of your individual policy must be $10,000.

---

## BENEFIT PROVISIONS

### EMPLOYEE LIFE INSURANCE

If your amount of Life Insurance ceased or reduced for the reasons stated in #2 "When can I convert my Life Insurance?", you can convert up to the lesser of:
- $2,000; or
- the amount that ceased or reduced less any amount of group life insurance you may become eligible for within 31 days after your Life Insurance ceased or reduced.

**How do I convert my Life Insurance?**

You convert by applying to Sun Life for an individual policy along with sending payment of the first premium within 31 days after any part of your Life Insurance ceases or reduces. This is your 31 day conversion period.

**What type of individual policy is available?**

You can convert to any plan of whole life insurance available by Sun Life for conversion. The individual policy will not include any additional benefits such as disability benefits or accidental death and dismemberment benefits.

You do not have to submit Evidence of Insurability to convert to an individual policy.

**When does my individual policy start?**

If your application for the individual policy is received and the first premium is paid when due, your individual policy starts on the day after the 31 day conversion period.

## BENEFIT PROVISIONS

### EMPLOYEE LIFE INSURANCE

**What happens if I die during the 31 day conversion period?**

If Sun Life receives Notice and Proof of Claim, a death benefit is payable to your Beneficiary, whether or not you had applied for an individual policy or had paid the first premium.

The death benefit is the amount of Life Insurance you would have been eligible to convert.

## BENEFIT PROVISIONS

### EMPLOYEE LIFE INSURANCE

**What happens when my Employer transfers Insurance Carriers to Sun Life?**

In order to prevent losing your insurance, Sun Life will provide the following coverage.

If you are not Actively at Work on July 1, 1999 you will be insured if:

1. you were insured under the prior insurer's group Life policy at the time of transfer; and
2. you are a member of an Eligible Class; and
3. premiums for you are paid up to date; and
4. you are not receiving or eligible to receive benefits under the prior insurer's group Life policy.

Any Life benefit payable will be the lesser of:
- the Life benefit payable under the Group Policy; or
- the Life benefit payable under the prior insurer's group Life policy had it remained in force.

All other provisions of Sun Life's Group Policy will apply.

## BENEFIT PROVISIONS

### ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

**What is my Accidental Death and Dismemberment Benefit?**

If Sun Life receives written Notice and Proof of Claim that:

- you died from an accidental drowning while insured; or
- you sustained an Accidental Bodily Injury while insured, which results in your loss of life, sight or limb within 365 days of the date of that Accidental Bodily Injury;

an Accidental Death and Dismemberment benefit may be payable to you or to your Beneficiary.

**What is the amount of my Accidental Death and Dismemberment Benefit?**

Your benefit is a percentage of the amount of Accidental Death and Dismemberment Insurance in force for your class shown in the Benefit Highlights on the date of your loss. The following is a list of percentages payable for your applicable loss.

| | |
|---|---|
| Life | 100% |
| Sight of one eye | 50% |
| One limb | 50% |
| Speech and hearing | 100% |
| Speech or hearing | 50% |
| Thumb and index finger of the same hand | 25% |
| Quadriplegia | 100% |
| Paraplegia | 75% |
| Hemiplegia | 50% |

The maximum amount of Accidental Death and Dismemberment Benefit payable for your losses resulting from any one accident is 100%.

Loss of limb means severance of your hand or foot at or above the wrist or ankle joint. Loss of your sight must be total and irrecoverable. Loss of your speech means the total and irrecoverable loss of speech. Loss of your hearing means the total and irrecoverable loss of hearing. Loss of your thumb and index finger means severance through or above the metacarpophalangeal joints.

Quadriplegia means the total and permanent paralysis of both your upper and lower limbs. Paraplegia means the total and permanent paralysis of both your lower limbs. Hemiplegia means the total and permanent paralysis of your upper and lower limbs on one side of your body.

Any Accidental Death and Dismemberment Benefit payable is subject to the Exclusions.

## BENEFIT PROVISIONS

### ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

**What are the Exclusions?**

No AD&D benefit will be payable for your loss that is due to or results from:

- suicide while sane or insane, or intentionally self-inflicted injuries.
- bodily or mental infirmity or disease of any kind, or an infection unless due to an Accidental Bodily Injury.
- your committing or attempting to commit a felony.
- a war (declared or undeclared) or your active duty in any armed service during a time of war.
- your active participation in a riot, rebellion, or insurrection.
- injury sustained from any aviation activities, other than riding as a fare-paying passenger.
- your voluntary use of any controlled substance as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970, as now or hereafter amended, unless administered on the advice of a Physician.

## BENEFIT PROVISIONS

### ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

**What happens when my Employer transfers Insurance Carriers to Sun Life?**

In order to prevent losing your insurance, Sun Life will provide the following coverage.

If you are not Actively at Work on July 1, 1999 you will be insured if:

1. you were insured under the prior insurer's group AD&D policy at the time of transfer; and
2. you are a member of an Eligible Class; and
3. premiums for you are paid up to date; and
4. you are not receiving or eligible to receive benefits under the prior insurer's group AD&D policy.

Any AD&D benefit payable will be the lesser of:
- the AD&D benefit payable under the Group Policy; or
- the AD&D benefit payable under the prior insurer's group AD&D policy had it remained in force.

All other provisions of Sun Life's Group Policy will apply.

## CLAIM PROVISIONS

**How is a claim submitted?**

To submit a claim, you or someone on your behalf must send Sun Life written Notice and Proof of Claim within the time limits specified. Your Employer has the Sun Life Notice and Proof of Claim forms.

**When does written Notice of Claim have to be submitted?**

**for a Death Claim** (accidental or otherwise) - written notice of claim must be given to Sun Life no later than 30 days after date of death.

**for Life Waiver of Premium** - written notice of claim must be given to Sun Life no later than 12 months after you cease to be Actively at Work.

**for Accidental Dismemberment** - written notice of claim must be given to Sun Life no later than 12 months after the date of your loss.

If notice cannot be given within the applicable time period, Sun Life must be notified as soon as it is reasonably possible.

When Sun Life has received written notice of claim, Sun Life will send the forms for proof of claim. If the forms are not received within 15 days after written notice of claim is sent, proof of claim may be sent to Sun Life without waiting to receive the proof of claim forms.

**When does written Proof of Claim have to be submitted?**

**for a Death Claim** (accidental or otherwise) - proof of claim must be given to Sun Life no later than 90 days after date of death.

**for Life Waiver of Premium** - proof of claim must be given to Sun Life no later than 15 months after you cease to be Actively at Work.

**for Accidental Dismemberment** - proof of claim must be given to Sun Life no later than 15 months after the date of your loss.

## CLAIM PROVISIONS

If proof cannot be given within these time limits, proof must be given as soon as reasonably possible. Proof of claim may not be given later than one year after the time proof is otherwise required unless the individual is legally incompetent.

**What is considered Proof of Claim?**

Proof of Claim consists of at least the following information:
- what the loss or disability is;
- the date the loss or disability occurred; and
- the cause of the loss or disability.

(For example: a Death Claim would include at least the Death Certificate for Proof of Claim)

Sun Life may require as part of the Proof, authorizations to obtain medical and non-medical information.

Proof of your continued Total Disability and regular and continuous care by a Physician must be given to Sun Life within 30 days of the request for proof.

Proof must be satisfactory to Sun Life.

**When are benefits payable?**

Benefits are payable when Sun Life receives satisfactory Proof of Claim.

**Who are benefits payable to?**

Benefits payable upon your death are payable to your Beneficiary living at the time (other than your Employer). Unless you otherwise specify, if more than one Beneficiary survives you, all surviving Beneficiaries will share equally. If no Beneficiary is alive on the date of your death, payment will be made to your estate.

## CLAIM PROVISIONS

All other benefits payable during your lifetime are payable to you.

If a benefit is payable to your estate, if you are a minor, or you are not competent, Sun Life has the right to pay an amount of the benefit up to $5,000 to any of your relatives that Sun Life considers entitled. If Sun Life pays benefits in good faith to a relative, Sun Life will not have to pay those benefits again.

If your Beneficiary is a minor or is not competent, Sun Life has the right to pay up to $1,000 to the person or institution that appears to have assumed custody and main support for the minor, until the appointed legal representative makes a formal claim. If Sun Life pays benefits in good faith to a person or institution, Sun Life will not have to pay those benefits again.

### Can I change my Beneficiary?

You can change your Beneficiary at any time on the form provided by Sun Life, unless you have stated your choice of Beneficiary is irrevocable or you have assigned your interest in your Life Insurance to another person. Any request for change of Beneficiary must be in a written form and will take effect on the date you sign and file the change with your Employer. If Sun Life has taken any action or made payment before receiving notice of that change, your change of Beneficiary will not affect any action or payment made by Sun Life. The consent of your Beneficiary is not required to change any Beneficiary.

## CLAIM PROVISIONS

### Can I assign my Life Insurance?

You can transfer ownership of your Life Insurance under the Group Policy by means of an absolute assignment. You cannot make an absolute assignment to your Employer. All your rights and duties as owner are transferred to the new owner. The new owner can make any change the Group Policy allows, such as a change of Beneficiary.

Any assignment must be in a written form and will take effect on the date you sign and file the assignment with your Employer. If Sun Life has taken any action or made payment before receiving notice of that change, the assignment will not affect any action or payment made by Sun Life. Sun Life will not be responsible for the legal, tax or other effects of any assignment.

## GENERAL PROVISIONS

### How can statements made in any application for insurance be used?

All statements made in any application are considered representations and not warranties. No representation by you in applying for insurance under the Group Policy will be used to reduce or deny a claim unless a copy of your written application for insurance is or has been given to you or to your Beneficiary, if any.

No statement made by you relating to Evidence of Insurability for an initial, increased or additional amount of insurance, will be used in contesting the validity of that insurance, after such initial, increased or additional amount of insurance has been in force for a period of two years during that individual's lifetime. This statement must be contained in a form signed by that individual.

### What happens if facts are misstated?

If relevant facts about you are not accurate:
- an equitable adjustment of premium will be made; and
- the true facts will be used to determine if and in what amount insurance is valid under the Group Policy.

If the amount of benefit depends on your age, the benefit will be the amount you would have been entitled to if your correct age were known.

### What are Sun Life's examination and autopsy rights?

Sun Life, at its own expense, has the right to have any person, whose Injury or Sickness is the basis of a claim:
- examined by a Physician, other health professional or vocational expert of its choice; and/or
- interviewed by an authorized Sun Life representative.

This right may be used as often as reasonably required.

Sun Life has the right, in the case of death, to request an autopsy.

## GENERAL PROVISIONS

### What are the time limits for legal proceedings?

No legal action may start:
- until 60 days after Proof of Claim has been given; nor
- more than 3 years after the time Proof of Claim is required.

### Do these group benefits affect Workers' Compensation?

The Group Policy is not in lieu of, and does not affect, any requirement for coverage by Workers' Compensation Insurance.

### Can the Policyholder act as a Sun Life agent?

For all purposes of the Group Policy, the policyholder acts on its own behalf or as your agent. Under no circumstances will the Policyholder be deemed a Sun Life agent.

# DEFINITIONS

These are some of the general terms you need to know.

**Actively at Work** means that you perform all the regular duties of your job for a full work day scheduled by your Employer at your Employer's normal place of business or a site where your Employer's business requires you to travel.

You are considered Actively at Work on any day that is not your regular scheduled work day (i.e., you are on vacation, layoff or an approved leave of absence) as long as you:
- are not hospital confined; or
- are not disabled due to an injury or sickness; and
- were Actively at Work on your immediately preceding scheduled work day.

You are considered Actively at Work if you usually perform the regular duties of your job at your home as long as you:
- are not hospital confined; or
- are not disabled due to an injury or sickness; and
- can perform all the regular duties of your job for a full work day and can do so at your Employer's normal place of business, if required.

**Eligibility Date** means the date or dates you become eligible for insurance under the Group Policy. Classes eligible for insurance are shown in the Benefit Highlights.

**Employee (You)** means a person who is employed by the Employer, working at least the number of hours shown in the Benefit Highlights, and paid regular earnings.

**Employer** means Town of Farmington, Connecticut and includes any Subsidiary, Affiliated or Associated company insured under the Group Policy.

93C-LH-DEF                Page No. 28                Definitions

# DEFINITIONS

**Evidence of Insurability** means a statement or proof of your medical history upon which acceptance for insurance will be determined by Sun Life.

**Injury** means bodily impairment resulting directly from an accident and independently of all other causes. Any Injury must occur and Disability must begin while you are insured under the Group Policy.

**Participation in a Riot** means encouraging, promoting or taking part in a riot, whether by signs, gestures, words or by distinctive devices which identify a person with the riot.

**Physician** means an individual who is operating within the scope of his license and is either:
- licensed to practice medicine and prescribe and administer drugs or to perform surgery; or
- legally qualified as a medical practitioner and required to be recognized, under the Group Policy for insurance purposes, according to the insurance regulations of the governing jurisdiction.

The Physician cannot be you, your spouse or the parents, brothers, sisters or children of you or your spouse.

**Pregnancy** means childbirth, miscarriage, abortion or any disease resulting from or aggravated by the pregnancy.

**Sickness** means illness, disease or pregnancy. A Disability, because of Sickness, must begin while you are insured under the Group Policy.

**Waiting Period** means the continuous length of time immediately before your Eligibility Date during which you must be Actively at Work for your Employer before you can apply for benefits. Any period of time before the Group Policy Effective Date that you were Actively at Work for your Employer as a full-time Employee will count towards completion of your Waiting Period. The Waiting Period is shown in the Benefit Highlights.

93C-LH-DEF                Page No. 29                Definitions

Case 3:01-cv-01609-CFD    Document 86-2    Filed 09/07/2005    Page 16 of 17

## DEFINITIONS

These are Life Insurance terms you need to know.

**Beneficiary** means the person (it cannot be your Employer) who is entitled to receive death benefit proceeds as they become due under the Group Policy. A person becomes your Beneficiary only if you have named that person on a signed form acceptable to Sun Life.

**Certified or Certification** means a written statement made by a Physician, on a form provided by Sun Life, as to your Terminal Illness.

**Maximum Benefit** means the largest amount of insurance available to you under the Group Policy. The Maximum Benefit is shown in the Benefit Highlights.

**Retirement** for the purposes of your being considered retired means the first of the following dates to occur:

1. the effective date of your retirement benefits under:
   a. any plan of a federal, state, county, municipal or an association retirement system which you are eligible as a result of your employment with your Employer;
   b. any plan your Employer sponsors; or
   c. any plan your Employer makes or has made contributions to.

2. the effective date of your retirement benefits under the Social Security Act or any similar plan or act. However, if you meet the definition of an Employee Actively at Work and you are receiving retirement benefits under the Social Security Act or similar plan or act, you will not be considered retired.

93C-LH-DEF    Page No. 30    Definitions

## DEFINITIONS

**Terminally Ill or Terminal Illness** means your Sickness or physical condition that is Certified by a Physician to reasonably be expected to result in your death within twelve months or less.

**Total Disability or Totally Disabled** means because of your Injury or Sickness, you are unable to perform the material and substantial duties of any occupation for which you are or become reasonably qualified for by education, training or experience.

93C-LH-DEF    Page No. 31    Definitions



# DEFINITIONS

This is an Accidental Death and Dismemberment Insurance term you need to know.

**Accidental Bodily Injury** means bodily harm caused by an accident which is sustained directly and independently of all other causes.