UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALISTAIR GOODMAN, ET AL | : | NO.: 3:01CV1609 (CFD) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF FARMINGTON BOARD | : | |
| OF EDUCATION | : | JANUARY 13, 2006 |

### DEFENDANT, TOWN OF FARMINGTON BOARD OF EDUCATION'S BILL OF COSTS

Pursuant to Local Rule 54(a), the defendant, Town of Farmington Board of Education, hereby submits its bill of costs in the above-captioned matter. On December 6, 2005, the Court (Droney, J.) granted the defendant's Motion for Summary Judgment. Thereafter, a judgment in favor of the defendant was entered by the Clerk on December 7, 2005. The plaintiffs have not appealed the judgment.

A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A** and made a part hereof.

A.     Fees of the Court Reporter (D. Conn. L. Civ. R. 54(c)2(ii)):   **(Exhibit B)**

       1.     Deposition Transcript of Robert Villanova
               1 copy 109 pages @ $2.25/page + $14.71 tax)         $259.96

       2.     Deposition Transcript of Kevin M. Deneen
               1 copy (134 pages @ $2.25/page + $18.09 tax)        $319.59

|   |   |   |
|---|---|---|
| 3. | Deposition Transcript of James Fenner<br>Original & 1 copy  (132 pages @ $3.20/page + $29.24 tax)<br><br>Appearance ($65.00 + $3.90 tax) | $516.64 |

B. Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case (D. Conn. L. Civ. R. 54(c)3(iii)):  (**Exhibit C**)

    1. Exhibits Appended to Successful Motion for Summary Judgment
(539 pages @ $0.15/page + $3.00 tabs + 5.03 tax)     $ 88.88

C. Fees for Removal of Action from State Court
(D. Conn. L. Civ. R. 54(c)6(iii)):  (**Exhibit D**)     $150.00

**TOTAL**     **$1,335.07**

DEFENDANT,
TOWN OF FARMINGTON
BOARD OF EDUCATION

By/s/Alexandria L. Voccio
   Alexandria L. Voccio [ct21792]
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail: avoccio@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 13th day of January, 2006.

David B. Beizer, Esquire
Beizer & Weintraub
345 North Main Street
West Hartford, CT 06117

Louis B. Blumenfeld, Esquire
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-5109

                                            /s/Alexandria L. Voccio
                                            Alexandria L. Voccio