UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALISTAIR GOODMAN, ET AL | : | NO.: 3:01CV1609 (CFD) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF FARMINGTON BOARD | : | |
| OF EDUCATION | : | JANUARY 13, 2006 |

## **VERIFICATION OF ALEXANDRIA L. VOCCIO**

I, Alexandria L. Voccio, being duly sworn, depose and say that:

1. I am over eighteen years of age.

2. I am a member of the Bar of the State of Connecticut and a member of the Bar of the United States District Court for the District of Connecticut;

3. I represent the defendant, Town of Farmington Board of Education, in the above-captioned case and have knowledge of the facts of the case and the costs incurred;

4. The items listed in the defendant's Bill of Costs are correct and have been necessarily incurred in the case, and the services for which fees have been charged were actually and necessarily performed;

5. The fees of the court reporter as set forth in the defendant's Bill of Costs are for depositions transcripts appended as supporting exhibits to the

defendant's summary judgment motion which was granted by the Court on December 6, 2005;

6. The defendants have attached hereto, as **Exhibit A**, copies of all bills evidencing the expenses set forth in their Bill of Costs.

/s/Alexandria L. Voccio
Alexandria L. Voccio

STATE OF CONNECTICUT    )
                        ) ss:  Hartford
COUNTY OF HARTFORD      )

Subscribed and sworn to before me this 13th day of January, 2006.

/s/Elvira C. Blackman
Elvira C. Blackman
Notary Public
My commission expires:  10/31/07