# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, August 23, 2004 | 12234BL |

Alexandria Voccio
Howd & Ludorf
65 Westhersfield Avenue
Hartford, CT 06114

Phone: (860) 249-1361  Fax: (860) 249-7665

| | |
|---|---|
| Witness: | Villanova, Robert, Dr. |
| Case: | Goodman vs Farmington Bd of Ed |
| Venue: | |
| Case #: | |
| Date: | 8/5/2004 |
| Start Time: | 10:00 AM |
| End Time: | : 0 |
| Reporter: | Bethany Carrier |
| Claim #: | |
| File #: | |

*okay to pay AW*

15741ss

| Description | Quan | Total |
|---|---|---|
| Copy | 109 | $245.25 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $17.00 |
| Sub Total | | $300.25 |
| Payments | | $0.00 |
| Balance Due | | $300.25 |

CL _____  DATE _____
CODE _____  CK 862¢
TR 203604  T/B _____

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express!*

# Brandon Smith Reporting Service, LLC

**Invoice**

11-A Capitol Avenue
Hartford, CT  06106
Phone: (860) 549-1850      Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, July 29, 2002 | 390rr |

Michael J. Rose
Howd & Ludorf
65 Westhersfield Aveneu
Hartford, CT 06114

Phone:                    Fax:

| | |
|---|---|
| Witness: | Deneen, Kevin M. — Depo of |
| Case: | Goodman vs Farmington Bd of Ed |
| Venue: | |
| Case #: | |
| Date: | 7/19/2002 |
| Start Time: | 10:00 AM |
| End Time: | : 0 |
| Reporter: | Kelly Yarasavych |
| Claim #: | |
| File #: | 547ss |

*134 pages @ 2.25 per page*
*per Brenda - 12/13/05*

| | |
|---|---|
| Sub Total | $359.87 |
| Payments | $0.00 |
| Balance Due | $359.87 |

Fed. I.D. # 06-1448649

**We accept Mastercard, Visa and American Express.**

CL _____   DATE _____
CODE _____  CK  4682
TR  15944   T/B _____



**NIZIANKIEWICZ MILLER & M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiew*
*Robert Mil*

Attn: Eli

MICHAEL J. ROSE, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT 06114-1190

249-7665

DATE        11/19/2001
INVOICE        14001
CLIENT           871
REFERENCE HEN

Re: ALISTAIR GOODMAN, ET AL    TOWN OF FARMINGTON
Assignment Date: November 14, 2001

Deposition Of - JAMES FENNER

```
TRANSCRIPT ORIG. & 1  132 PAGES @ $3.20              422.40
APPEARANCE FEE                                        65.00
                                                   ==========
                              Total Amount  $        487.40
                           Less Paid To Date $       516.64
                                      Tax   $         29.24
                                 Total due  $          0.00
```

YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444