# IKON Office Solutions℠
## Document Services

Phone:(860) 278-1555   Fax:(860) 278-6612
Federal ID #:230334400

**SOLD TO:**
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD, CT 06114

**SHIP TO:**
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD, CT 06114

**INVOICE**   Page 1

| Invoice # | HAR068744 |
|---|---|
| Invoice Date | 03/12/2004 |
| Due Date | 03/22/2004 |
| Customer # | HAR-HOW6 |
| Order # | 04030313 |

**TERMS: Net 10 Days**

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 03/11/2004 | ALEX VOCCIO | 110-06234 | STEVE PASSARO |

| Reference 2 | Reference 3 |
|---|---|

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 566 | C Litigation Copy | 2965 | 0.150 | 444.75 |
| 635 | Tabs Sold | 60 | 0.250 | 15.00 |

Goodman v. Farmington

21996

| | |
|---|---|
| Taxable Sales: | 459.75 |
| Sales Tax: | 27.59 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **487.34** |

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

Thank You for Using IKON Document Services

Received and approved by: _____ Date: _____

