```
                                        RECEIPT FOR PAYMENT
                                         DISTRICT COURT OF
                                            CONNECTICUT
                                         HARTFORD DIVISION

                                                                H004106
RECEIVED FROM:
HOWD & LUDOFF
65 WETHERSFIELD AVENUE
HARTFORD, CT 06114

Case Number: 3:01CV1609

F/U/B/O:

Party ID:
GOODMAN, ET AL, FARMINGTON BD E

Tender Type:                               CHECK
01-006900                                  $60.00

Civil Filing-006900
Remarks: check # 2953 USDJ:GLG
01-510000                                  $90.00

Civil Filing-510000

Remarks:
            Subtotal:                     $150.00

============================================
Receipt Total:                            $150.00
============================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Date:       8/24/01
Clerk:
            JW
```

**IOWD & LUDORF**

|  | 000148 U.S. District Court |  |  |  | 002**2953** |
|---|---|---|---|---|---|
| ENDOR: |  |  |  | CHECK NO: | |
| UR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| 12344 | 110-6234 | 8/24/01 | 150.00 | 150.00 | .00 |
|  | Ref: Goodman v Farmington |  |  |  |  |

removal fee

Check Total                                                                                   150.00

---

**HOWD & LUDORF**
ATTORNEYS AT LAW
65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

SAVINGS BANK
OF MANCHESTER
51-7018-2111

**2953**

CHECK NO.   CHECK DATE   VENDOR NO.
            08/24/01     000148

'AY

ONE HUNDRED FIFTY AND 00/100 DOLLARS***************

CHECK AMOUNT
$**********150.00

TO THE       U.S. District Court
ORDER
OF

CLIENT DISBURSEMENT ACCOUNT
VOID IF NOT CASHED WITHIN 60 DAYS

*(signature)*

⑈002953⑈ ⑆211170185⑆ 9500 715 927⑈

---

**HOWD & LUDORF**

2953

000148 U.S. District Court                                                                    002953

| 12344 | 110-6234 | 8/24/01 | 150.00 | 150.00 | .00 |

Ref: Goodman v Farmington
removal fee

Check Total                                                                                   150.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com