UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALISTAIR GOODMAN, ET AL. | : |
| | : |
| Vs. | : CASE NO. 3:01CV1609(AVC) |
| | : |
| TOWN OF FARMINGTON | : |
| BOARD OF EDUCATION | : |

RULING ON DEFENDANT'S BILL OF COSTS

Judgment entered for the defendant on December 7, 2005, after a ruling entered granting the defendant's motion for summary judgment. The defendant filed a bill of costs on January 17, 2006. For the reasons stated below, the defendant's bill of costs is granted in part and denied in part.

I. COURT REPORTER FEES: Pursuant to Local Rule 54(c)2(ii), the cost of an original and one copy of deposition transcripts are recoverable as costs, if used at trial in lieu of live testimony, for cross-examination or impeachment, if used in support of a successful motion for summary judgment, or if they are necessarily obtained in preparation of the case and not for the convenience of counsel. Defendant submits claims for court reporter's fees for the depositions of Robert Villanova taken on August 5, 2004, in the amount of $259.96; Kevin M. Deneen taken on July 19, 2002, in the amount of $319.59; and James Fenner taken on November 14, 2001, in the amount of $516.64. These claims are broken down individually as follows:

Robert Villanova: Defendant submits a claim in the amount of $259.96 for the deposition taken on August 5, 2004. This claim is denied without prejudice to renewal within ten days upon showing as to how the deposition of Robert Villanova was necessarily obtained for use in the case and not for the convenience of counsel.

<u>Kevin M Deneen</u>: Defendant submits a claim in the amount of $319.59 for the deposition taken July 19, 2002. This claim is allowed as submitted.

<u>James Fenner</u>: Defendant submits a claim in the amount of $516.64 for the deposition taken on November 14, 2001. This claim is allowed as submitted.

II. <u>Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case</u>: Pursuant to Local Rule 54(c)3(iii), the costs of exhibits appended to a successful motion for summary judgment are allowable. The defendant submits a claim for copy fees, and exhibit tabs for exhibits appended to his motion for summary judgment in the amount of $88.88. This claim is allowed as submitted.

III. <u>FEES FOR REMOVAL TO FEDERAL COURT</u>: Pursuant to Local Rule 54(c)6(iii), fees incurred in removing a case from state court, are taxable. Accordingly, defendant's claim for the fee for removal of this action in the amount of $150.00 is allowed.

IV. <u>SUMMARY:</u> For the reasons previously stated, the defendant's Bill of Costs is allowed as follows:

| | |
|---|---|
| FEES OF THE COURT REPORTER | $ 836.23 |
| FEES FOR EXEMPLIFICATION AND COPIES | 88.88 |
| FEES FOR REMOVAL OF ACTION FROM STATE COURT | 150.00 |
| TOTAL | $1,075.11 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Hartford, Connecticut, this 6th day of February, 2006.

KEVIN F. ROWE, Clerk

By: /s/lik
Linda I. Kunofsky
Deputy in Charge